**CT Corporation**

**Service of Process Transmittal**
02/19/2019
CT Log Number 534937563

| | | |
|---|---|---|
| TO: | Kim Lundy Service of Process, Legal Support Supervisor<br>Walmart Inc.<br>702 SW 8th St, MS#0215<br>Bentonville, AR 72716-6209 | |
| RE: | **Process Served in Texas** | |
| FOR: | Walmart Inc.  (Domestic State: DE) | |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Garza Anna, Pltf. vs. Walmart, Inc., Dft.<br>*Name discrepancy noted*. |
| DOCUMENT(S) SERVED: | Citation, Petition |
| COURT/AGENCY: | 131st Judicial District Court, Bexar County, TX<br>Case # 2019CI01975 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - 03/03/2018 - 8315 FM 78, Converse, Texas 78109 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Dallas, TX |
| DATE AND HOUR OF SERVICE: | By Process Server on 02/19/2019 at 08:04 |
| JURISDICTION SERVED : | Texas |
| APPEARANCE OR ANSWER DUE: | By 10:00 a.m. on the Monday next following the expiration of 20 days |
| ATTORNEY(S) / SENDER(S): | Sarah A. Jordan<br>The Presutti Law Firm, P.C.<br>1919 Oakwell Farms Parkway, Suite 253<br>San Antonio, TX 78218<br>(210)468-3377 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 02/19/2019, Expected Purge Date: 02/24/2019<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| SIGNED:<br>ADDRESS:<br><br><br>TELEPHONE: | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>214-932-3601 |

Page 1 of  1 / NP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

PRIVATE PROCESS

Case Number: 2019-CI-01975

2019CI01975 S00001

ANNA GARZA
VS.
WALMART INC
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
131st JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: WALMART INC

BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION, a default judgment may be taken against you." Said ORIGINAL PETITION was filed on the 30th day of January, 2019.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 1ST DAY OF FEBRUARY A.D., 2019.

SARAH JORDAN PRESUTTI
ATTORNEY FOR PLAINTIFF
1919 OAKWELL FARMS PKWY 253
SAN ANTONIO, TX 78218



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Adrianna Cardenas*, Deputy

---

ANNA GARZA
VS
WALMART INC

**Officer's Return**

Case Number: 2019-CI-01975
Court: 131st Judicial District Court

I received this CITATION on _____ at _____ o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____ County, Texas

By: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____; _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, 20____.

2/18/19

Declarant

ORIGINAL (DK002)

FILED
1/30/2019 4:28 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Maria Jackson

Case 5:19-cv-00252-JKP   Document 1-3   Filed 03/13/19   Page 3 of 6

EXHIBIT "A"                                CIT PPS MO SAC 2

CAUSE NO. **2019CI01975**

| | | |
|---|---|---|
| **ANNA GARZA** | § | IN THE DISTRICT COURT OF |
| | § | |
| **V.** | § | BEXAR COUNTY, TEXAS |
| | § | |
| **WALMART, INC.** | § | **131st** JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Anna Garza**, hereinafter called Plaintiff, in the above-styled cause of action, complaining of **Walmart, Inc.,** hereinafter called Defendant, and for cause of action would respectfully show unto this Honorable Court as follows:

### I. LEVEL OF DISCOVERY

Plaintiff intends for discovery to be conducted under Level 2 of T.R.C.P. 190.3. Plaintiff further affirmatively pleads that she seeks monetary relief aggregating more than $100,000.00.

### II. PARTIES

Plaintiff, **Anna Garza**, are individuals who reside in Bexar County, Texas.

Defendant, **Walmart, Inc.** is a company authorized to do business in Texas and may be served by serving its registered agent, CT Corporation System, 1999 Bryan St., Suit 900, Dallas, Texas 75201-3136 by our private process server Court Record Research.

### III. VENUE & JURISDICTION

Venue is proper in this action pursuant to Sec. 15.001 seq. of the Texas Civil Practices & Remedies Code in that all or a substantial part of the case of action arose in Bexar County, Texas. This Court has jurisdiction over the controversy because the amount in controversy is above the minimum jurisdictional limits of this court.

### IV. FACTS

On or about March 3, 2018, Plaintiff **Anna Garza** was entering the Walmart Supercenter located at 8315 FM 78, Converse, Texas 78109 when she slipped and fell on water on the floor. Defendant was aware the floor was wet, because it was raining on the date of the accident. Defendant did not have any cautions signs warning shoppers of the slippery floor beyond the mat or rug they had placed at the entrance. The Defendant was negligent for not providing safety precautions and/or making the necessary repairs which constitute an unreasonably dangerous condition which Defendant knew or should have been aware of and Defendant's failure to ameliorate the condition, or in the alternative, warn Plaintiff of same, constituted negligence and was a proximate cause of the occurrence in question and the resulting injuries to Plaintiff. This accident was not caused by any fault on the part of Plaintiff.

### V. NEGLIGENCE

This accident and the injuries were directly and proximately caused by the negligence of Defendant and its owner and employees, who were at all material times, acting within the course and scope of their employment for Defendant, in one or more of the following respects:

1. Maintaining dangerous condition on the premises.

2. Failing to warn Plaintiff of a dangerous condition on the premises.

3. Failing to reasonably inspect and discover a dangerous condition on the premises.

4. Failing to ameliorate and make safe a dangerous condition on the premises.

Each and all of the above stated acts and/or omissions, taken singularly, constitute negligence and the same are a direct and proximate cause of the injuries and damages sustained by Plaintiff.

### VI. PERSONAL INJURIES

Plaintiff alleges that as a direct and proximate result of the negligent conduct of the

Defendant, **Anna Garza,** has suffered and is suffering from injuries and damages. In connection with such injuries **Anna Garza** has suffered severe physical pain and mental pain, disability, disfigurement and mental anguish in the past and is suffering at the present, and in all reasonable probability will continue to suffer for some time in the future if not the balance of his natural life.

### VII. DAMAGES

Plaintiff would show that as direct and proximate result of the above-mentioned injuries **Anna Garza** incurred doctor bills and other medical expenses in the past and is incurring the same at the present time and will, in all reasonable probability, continue to incur the same in the future.

1. These expenses were incurred for necessary care and treatment of the injuries resulting from the accident complained of.

2. These expenses are reasonable and were the usual and customary charges made for services of the same kind.

3. On this item of damage, Plaintiff further sues for prejudgment interest from the date of the notice on January 26, 2016 until the day of judgment.

4. Plaintiff has suffered physical pain and mental pain, disability and mental anguish in the past and will continue to suffer in the future in a sum within the jurisdiction of the court.

By reason of the above and foregoing, Plaintiff has been damaged in a sum over $100,000.00 including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.

### VIII. REQUEST FOR DISCLOSURE

Plaintiff requests that the Defendant disclose, pursuant to Rule 194, Tex.R.Civ.P., within thirty (30) days of service of this request, the information or material described in Rule 194.2.

### IX.

Pursuant to §30.014 of the Texas Civil Practice & Remedies Code, the last three digits of Plaintiff's Texas driver's license are 165 and the last three digits of Plaintiff's social security number

are 556.

## X. PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that the Defendant be duly cited to appear and answer herein; that upon a final trial of this cause, Plaintiff recovers:

1. Judgment against Defendant;

2. Fair and adequate damages to be determined by the jury;

3. Pre-judgment and post-judgment interest as allowed by law;

4. Costs of Court; and

5. Such other and further relief to which Plaintiff may be justly entitled.

Respectfully Submitted,

**THE PRESUTTI LAW FIRM, P.C.**

By: _____
SARAH A. JORDAN
SBN: 11023100
1919 Oakwell Farms Parkway, Suite 253
San Antonio, Texas 78218
Telephone: (210) 468-3377
Facsimile: (210) 855-0494
sarah@presuttifirm.com